United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOUNTAIN SUMMIT FINANCIAL, INC.,

Plaintiff,

v.

PANGEA PAYMENT SOLUTIONS, *et al.*,

Defendants.

Case No. 19-cv-01036-SI

**ORDER DIRECTING PLAINTIFF TO FILE STATUS STATEMENT BY JANUARY 18, 2022**

This case has been stayed since August 13, 2019, due to plaintiff's arbitration with former defendant Zipmark Inc.  Dkt. No. 47.  The Court directs plaintiff to file a statement no later than **January 18, 2022** informing the Court of the status of the arbitration, including all anticipated deadlines in those proceedings.

**IT IS SO ORDERED**.

Dated: January 10, 2022

_____
SUSAN ILLSTON
United States District Judge